**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Grace Albanese,

        Plaintiff

v.

Federal Bureau of Investigations,

        Defendant

Case No.: 2:17-cv-01635-JAD-CWH

**Order Adopting Report and Recommendation**

[ECF Nos. 8, 10]

      Grace Albanese is a frequent filer in this district and has been declared a vexatious litigant for her frivolous, fantastical, and delusional lawsuits.[1] This action is no exception. Albanese initiated it with a single-page document in which she alleges that she is being stalked and surveilled in her apartment, and the Federal Bureau of Investigations knows about this crime but refuses to do anything about it.[2]

      Magistrate Judge Hoffman screened that complaint, dismissed it as insufficient, and—with detailed instructions—gave Albanese a chance to amend it.[3] She did, and he screened that amended complaint. And because Albanese's amended complaint[4] is similarly based on fantastic and delusional scenarios, Magistrate Judge Hoffman recommends that I dismiss this case with prejudice as delusional and frivolous.[5] Albanese objects to that recommendation, but

---

[1] *See* 2:17-cv-1600-JAD-VCF, ECF No. 7 (order).

[2] ECF No. 1-1.

[3] ECF No. 5.

[4] ECF No. 7.

[5] ECF No. 8.

1

she offers nothing more than a reiteration of her original allegations. So, after a de novo review,[6] I find that Albanese's allegations describe fantastic and delusional scenarios and do not state a claim upon which relief can be granted.[7]

Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 8] is ADOPTED** in its entirety, and Albanese's objections **[ECF No. 10] are OVERRULED**.

IT IS FURTHER ORDERED that this action is DISMISSED with prejudice as delusional and frivolous. The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: February 5, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[6] *See* LR IB 3-2(b); 28 U.S.C. § 636(b)(1)(B).

[7] *Neitzke v. Williams*, 490 U.S. 319, 327–28 (1989).